**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GEORGE KENNETH SCHOPP, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 4:16-CV-00890-ALM-KPJ |
| | § | |
| v. | § | |
| | § | |
| RESULTS NATIONAL LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Plaintiff George Kenneth Schopp's Motion for Default Judgment Against Defendant Result National, LLC (Dkt. 12). After reviewing the motion and all relevant filings, the Court has determined it is unclear as to whether service of process was properly effectuated on Defendant Results National, LLC.

It is, therefore, **ORDERED** Plaintiff shall file a brief demonstrating service of process was proper on or before Wednesday, September 27, 2017**.**

**It is SO ORDERED**.

SIGNED this 13th day of September, 2017.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE