# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GEORGE KENNETH SCHOPP, | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO.  4:16-CV-890** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| v. | § | |
| | § | |
| RESULTS NATIONAL LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 15, 2017, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment (Dkt. #12) should be **DENIED**, and the Clerk's Entry of Default (Dkt. #10) should be **VACATED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.  Therefore, Plaintiff's Motion for Default Judgment (Dkt. #12) is **DENIED**, the Clerk's Entry of Default (Dkt. #10) is **VACATED**, and Plaintiff has thirty (30) days from the date of this Memorandum to effectuate proper service of process on Defendant or face dismissal.

**IT IS SO ORDERED**.
 SIGNED this 5th day of December, 2017.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE