# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GEORGE KENNETH SCHOPP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:16-CV-890** |
| | § | **JUDGE MAZZANT/JUDGE JOHNSON** |
| RESULTS NATIONAL, LLC, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 4, 2018, the Report of the Magistrate Judge (the "Report") was entered containing proposed findings of fact and recommendation (Dkt. #33) that Plaintiff George Kenneth Schopp's ("Plaintiff") Revised Motion for Default Judgment Against Defendant Results National, LLC (Dkt. #23) be granted. In the Report, the Magistrate Judge also ordered Plaintiff to submit notice of service of the Report on Defendant Results National, LLC. *See* Dkt. #33 at 9. Plaintiff entered a notice confirming service of the Report on Defendant Results National, LLC, on October 9, 2018. *See* Dkt. #34.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and

conclusions of the Court. Therefore, Plaintiff's Revised Motion for Default Judgment Against Defendant Results National, LLC (Dkt. #23) is **GRANTED**, as follows:

Plaintiff is awarded statutory damages under 47 U.S.C. §§ 227(b)(1)(A)(iii), 227(c), and 227(b)(3)(C) in the amount of **$42,000.00**, comprised of $21,000.00, for fourteen willful violations of the TCPA's Do Not Call provisions, and $21,000.00, for fourteen willful violations of the TCPA's auto-dialer provisions for calls made to cell phones. Additionally, Plaintiff is entitled to an award of attorneys' fees in the amount of **$590.00**.

**IT IS SO ORDERED**.

SIGNED this 30th day of October, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE