# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| GEORGE KENNETH SCHOPP, § § § **Plaintiff,** § § **v.** § § RESULTS NATIONAL, LLC, § § **Defendant.** § § § § | **CIVIL ACTION NO. 4:16-CV-890** **JUDGE MAZZANT/JUDGE JOHNSON** |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge entered in this matter (Dkt. 35), it is,

**ORDERED, ADJUDGED, AND DECREED** that this case is **DISMISSED** in its entirety.

All relief not previously granted is hereby **DENIED** and all costs shall be borne by the party incurring same.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 1st day of November, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE